GLEN NATIONAL BANK, Respondent, *v.* AUTOMOBILE INSURANCE COMPANY OF HARTFORD, Appellant.

SAME, Respondent, *v.* COM. UNION ASSUR. Co., Appellant.

SAME, Respondent, *v.* CONTINENTAL INS. Co., Appellant.

SAME, Respondent, *v.* HARTFORD FIRE INS. Co., Appellant.

SAME, Respondent, *v.* HOME INS. Co., Appellant.

SAME, Respondent, *v.* LONDON ASSUR. CORP., Appellant.

SAME, Respondent, *v.* NAT. B. F. F. INS. Co., Appellant.

SAME, Respondent, *v.* NAT. L. F. INS. Co., Appellant.

SAME, Respondent, *v.* NIAGARA F. INS. Co., Appellant.

SAME, Respondent, *v.* N. W. NAT. INS. Co., Appellant.

SAME, Respondent, *v.* PHŒNIX INS. Co., Appellant.

SAME, Respondent, *v.* PROVIDENCE W. INS. Co., Appellant.

SAME, Respondent, *v.* SPRINGFIELD F. & M.I. Co., Appellant.

SAME, Respondent, *v.* TOKIO M. & F. INS. Co., Appellant.

SAME, Respondent, *v.* WESTCHESTER F. I. Co., Appellant.

Argued November 23, 1937; decided December 7, 1937.

*C. Addison Keeler* for appellants.

*David F. Lee* for respondent.

Judgment affirmed, with one bill of costs; no opinion.

Concur: LEHMAN, O'BRIEN, LOUGHRAN, FINCH and RIPPEY, JJ. Dissenting: CRANE, Ch. J., and HUBBS, J.